UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| Gayle R. Andrews. | ) | Civil Action No. 4:16-cv-424 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**Complaint and Jury Demand**

COMES NOW, the plaintiff, Gayle R. Andrews, and for her first claim and cause of action against Defendant, BNSF Railway Company, a Delaware corporation, states as follows:

**Count One**

1.  That the jurisdiction of the above-named Court is based upon the Federal Employers' Liability Act Title 45, U.S.C. §§51-60 and that this action is timely commenced within the meaning of 45 U.S.C. §56.

2.  That at all times material herein, Defendant, BNSF Railway Company, a Delaware corporation, was the owner of, and was operating various tracks and yards in the County of Polk, State of Iowa, and was and is engaged as a common carrier in interstate commerce.

3.  That at all times material herein, Defendant employed Plaintiff as a conductor, and that at the time of the occurrence of the incident herein, all or part of Plaintiff's duties were in the furtherance of Defendant's business in interstate commerce.

4. That on or about the 15th day of October, 2014 at approximately 4:30 p.m., Plaintiff was in the course and scope of her employment working as a conductor near Creston, Iowa. Plaintiff was required to release a hand brake on one of the train's rail cars and while doing so, the hand brake failed to operate efficiently resulting in injury and damages as hereinafter set forth.

5. That the injuries and damages sustained by Plaintiff were caused by the negligence of Defendant in violation of the Federal Employers' Liability Act, 45 U.S.C. §§51-60.

6. That as a result of the negligence of Defendant, Plaintiff has suffered pain in the past and will suffer pain in the future; has incurred expenses for medical treatment, and will incur further like expenses in the future; has suffered loss of earnings and loss of future earning capacity; has suffered loss of his enjoyment of life, all to her injury and damage.

### Count Two

Comes now the plaintiff, and for his second cause of action against the above-named Defendant, states and alleges:

7. Plaintiff re-alleges paragraphs 1 through 5 of Plaintiff's first cause of action above as though set forth at length and in detail herein.

8. In addition to negligence liability under the Federal Employers' Liability Act, the acts and omissions of Defendant described above also constitute one or more violations of the Federal Safety Appliance Act (FSAA), 49 U.S.C. §§20301-20306, and/or other safety rules, regulations or statutes and, by effect of the same, constitute strict liability against Defendant.

9. That as a result of the negligence of Defendant's violation of the Federal Safety Appliance Act (FSAA), 49 U.S.C. §§20301-20306, and/or other safety rules, regulations or

statutes, Plaintiff has suffered pain in the past and will suffer pain in the future; has incurred expenses for medical treatment, and will incur further like expenses in the future; has suffered loss of earnings and loss of future earning capacity; has suffered loss of his enjoyment of life, all to her injury and damage.

WHEREFORE, Plaintiff Gayle R. Andrews prays for judgment against Defendant, BNSF Railway Company, a Delaware corporation, in an amount to be determined as reasonable compensation, together with interest thereon as provided by law, and for her costs and disbursements herein incurred, and for such other and further relief as the Court may deem just and appropriate.

PLAINTIFF DEMANDS A TRIAL BY JURY.

Dated   July 18, 2016

William Kvas
HUNEGS, LeNEAVE & KVAS, P.A.
1000 Twelve Oaks Center Drive, Suite 101
Minneapolis, MN 55391
Tel: (612) 339-4511
Fax: (612) 339-5150
wkvas@hlklaw.com

and

LEDERER WESTON CRAIG, P.C.

Kent Gummert
4401 Westown Parkway, Suite 310
Des Moines, IA 50266
Tel: (515) 224-3911
Fax: (515) 224-2698
kgummert@wclawyers.com

ATTORNEYS FOR PLAINTIFF